**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dario FERIA, Defendant–Appellant.**

**No. 14–10672**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 27, 2015.

Brent Alan Gray, Suzette A. Smikle, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

E. Vaughn Dunnigan, E. Vaughn Dunnigan, PC, Atlanta, GA, for Defendant–Appellant.

Dario Feria, Oakdale, LA, pro se.

Before HULL, WILLIAM PRYOR and ROSENBAUM, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, appointed counsel for Dario Feria, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED.** and Feria's conviction and sentence are **AFFIRMED.**